IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES S. POPE,

               Petitioner,         2:12-cv-305-AA

        v.                     ORDER

OREGON BOARD OF PAROLE,

               Respondent.

AIKEN, District Judge.

    Petitioner in this proceeding for habeas corpus relief under 28 U.S.C. § 2254 now moves for "summary judgment" (#17).

    Assuming *arguendo* that summary judgments were appropriate in habeas proceedings, petitioner has failed to establish entitlement to judgment as a matter of law with his premature motion.

    By Order (#12) entered May 1, 2012, respondent was allowed until June 29, 2012 to file an answer to petitioner's

1 - ORDER

petition.    Respondent is not in default.

Petitioner's Motion for Summary Judgment (#17) and Motion

for Default (#18) are denied.

DATED this 15th day of May, 2012.

_____
Ann Aiken
United States District Judge

2 - ORDER